# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | | **CRIMINAL COMPLAINT** |
|---|---|---|---|
| V. | | | |
| Armando Corral-Reyes | *Principal* | | Case Number: |
| A205 267 994   YOB: 1988 | Mexico | | **M-14-2426-M** |

United States District Court
Southern District of Texas
**FILED**
DEC 3 1 2014
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 29, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Rafael Martinez-Herrera, citizen and national of Mexico, and Jairo Jose Zuniga-Sanchez, citizen and national of Nicaragua, along with twenty-one (21) other undocumented aliens, for a total of twenty-three (23), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On December 17, 2014, the Rio Grande Valley (RGV) Fraud Intelligence Smuggling Terrorism (FIST) Team, received information regarding a possible alien harboring location located at 122 N. Chicago Street in Alton, Texas.

On December 29, 2014, at approximately 1:30 p.m., while conducting surveillance, FIST Agents observed a grey Dodge Durango parked at the residence. Agents also observed a subject sitting in the driver's side of the vehicle. The subject was outside the residence for approximately three hours as if he was guarding the residence. The subject was seen going inside the residence only once for a moment.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*Approved*
*Joseph Leonard*

Signature of Complainant

**Frediberto Hernandez    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

December 31, 2014                                                at   McAllen, Texas
Date                                                                         City and State

Dorina Ramos                    , U. S. Magistrate Judge
Name and Title of Judicial Officer                           Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-2426-M**

RE:     **Armando Corral-Reyes**                          A205 267 994

**CONTINUATION:**
At approximately 4:30 p.m., the Dodge Durango left the property. At this time, Alton Police Officer M. Diaz was contacted and he conducted a traffic stop near the intersection of W. Dawes Ave and Conway Avenue in Alton, Texas, for failure to signal a lane change. During the traffic stop, Officer Diaz placed the driver, Armando CORRAL-Reyes, under arrest for having an open container and admitted to drinking while operating a motor vehicle. CORRAL was issued a citation for the following: No Proof of Financial Responsibility, Expired License Plates, Failure to Signal Lane Change, and No Driver's License. CORRAL was then transported to the Alton Police Department.

At the Alton PD, CORRAL was determined not to be intoxicated. At that point, FIST Agents interviewed CORRAL and determined that he was a citizen and national of Mexico illegally present in the United States. CORRAL was read his Miranda Rights and he was willing to answer questions without an attorney present. During the interview, CORRAL stated that he was coming from his residence located at 122 N. Chicago Street in Alton, Texas when he was pulled over by Alton PD. CORRAL further stated that there were approximately 10 undocumented aliens currently at the residence. Agents requested and obtained verbal consent from CORRAL to search his residence for undocumented aliens.

At approximately 5:00 p.m., FIST Agents, along with Alton Police Officers approached the residence to conduct a consent search at 122 N. Chicago Street in Alton, Texas. A search of the home revealed a total of 23 undocumented aliens (UDA's) all illegally present in the United States. Among the UDA's were three unaccompanied juveniles, one of which was an eleven year old Mexican child. All subject were transported to the McAllen Border Patrol Station for interview and processing.

CORRAL was later turned over to Agents and then transported to the McAllen Border Patrol Station.

PRINCIPAL STATEMENT:

Once at the station, Armando CORRAL-Reyes provided the following sworn statement.

CORRAL stated that he entered the United States illegally on or about June 20, 2014, near Reynosa, Tamaulipas. He is currently residing at 122 N. Chicago Street in Alton, Texas. He started working for a smuggler, known as "El Boss" about 2 months ago. "El Boss" gave him a job harboring undocumented aliens. "El Boss" would pay him $200 per week for housing the aliens. Usually the undocumented aliens would stay about one or two days at his house and then leave. CORRAL further stated that different people would show up to the house unannounced and drop off aliens.

MATERIAL WITNESSES STATEMENTS:
Once at the Border Patrol Station, both of the material witnesses were advised of their Miranda Rights. Both stated that they understood their rights and were willing to provide a statement without the presence of an attorney.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-2426-M

RE:     **Armando Corral-Reyes**                    A205 267 994

**CONTINUATION:**

1-Rafael MARTINEZ-Herrera stated that he is a citizen and national of Mexico. He paid approximately $1,000 in smuggling fees in Reynosa, Mexico and was going to pay an additional $2,000 once he arrived in Dallas, Texas. On December 23, 2014, he was smuggled by raft into the United States. Once in the U.S., he was picked up by a Jeep Grand Cherokee and transported to the home where he was arrested. When he arrived at the house, he was greeted by a male subject he later identified as Armando CORRAL-Reyes in a photo lineup. CORRAL greeted him and wrote his name and code (clave) word. While at the home, CORRAL would provide them with rice, beans, tortillas and water. CORRAL would also instruct them to remain quiet.

2-Jairo Jose ZUNIGA-Sanchez stated that he is a citizen and national of Nicaragua. He has paid approximately $1,300 in smuggling fees and was going to pay an additional $2,100 once he reached Houston, Texas. On December 27, 2014, he was smuggled by raft into the United States. Once in the U. S., his group was picked up and transported to the 1st stash house. The next day they were picked up by CORRAL. ZUNIGA identified Armando CORRAL-Reyes in a photo lineup as the person who transported him the stash house where he was apprehended. When they initially arrived, CORRAL instructed them to go inside and what room to get into. CORRAL also wrote their names down on a note pad. CORRAL would feed them very small portions twice a day.